IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: ALESSANDRIA LASHAE DOBBINS, *Pro Se* Debtor

CASE NO. 4:26-bk-11875-J
Chapter 7

**ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO CURE DEFICIENCIES**

The Acting United States Trustee ("UST") for Region 13, through the undersigned counsel, moves the Court to dismiss this case for failure to cure deficiencies pursuant to 11 U.S.C. § 707(a).[1] In support of this motion, the UST respectfully states that:

1. This Court has jurisdiction of this matter under 28 U.S.C. §§ 1334(a) and (b), 28 U.S.C. §§ 157(a) and (b)(1), and 28 U.S.C. § 151. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) and (B). This motion is filed pursuant to 11 U.S.C. § 707(a).

2. *The Pro Se* Debtor filed a voluntary Chapter 7 petition on May 11, 2026.

3. On May 11, 2026, the Court issued its Order of Deficiencies (Doc. #5). Said Order denoted the following required schedules and/or statements not filed with the petition and their respective deadlines for filing:

> Due within 14 days from the filing date of the voluntary petition, or by May 26, 2026: Summary of Assets and Liabilities, Schedules A/B through J (if required), Declaration About an Individual Debtor's Schedules, Statement of Current of Monthly Income - Ch 7, Statement of Financial Affairs
>
> Due within 30 days from the filing date of the voluntary petition, or by June 10, 2026: Statement of Intention

[1] Unless otherwise noted, all statutory section references herein are to the Bankruptcy Code, 11 U.S.C. § 101, *et seq.*

4. As of the filing of this motion, the *Pro Se* Debtor has failed to file all of the aforementioned statements and/or schedules and no request for an extension to file said statements and/or schedules have been filed.

5. The Order of Deficiencies (Doc. #5) further stated that *Pro Se* Debtor's failure to file all of the aforementioned statements and/or schedules may result in the *Pro Se* Debtor's case being dismissed.

6.. The *Pro Se* Debtor is required to file the aforementioned pleadings by the deadlines specified above. 11 U.S.C § 521(a)(1).

7. For the reasons stated above, cause exists pursuant to 11 U.S.C. § 707(a) for dismissal of the *Pro Se* Debtor's bankruptcy case.

WHEREFORE, the Acting United States Trustee respectfully requests, pursuant to § 707(a), that the Court dismiss this case, and for such other and further relief as may be just and proper.

Respectfully submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

By: /s/ Joseph A. DiPietro

JOSEPH A. DiPIETRO, Bar No. 98004
Trial Attorney
Office of the United States Trustee
200 West Capitol, Suite 1200
Little Rock, AR 72201-3618
(501) 324-7357
Joseph.A.DiPietro@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I served a copy of the foregoing pleading on the following attorneys and parties in interest by depositing it in the United States mail with sufficient postage affixed, or by electronically filing the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system.

Alessandria Lashae Dobbins, *Pro Se* Debtor
1207 W. Scenic Dr., R-14
North Little Rock, AR 72118

Hamilton M. Mitchell
Chapter 7 Panel Trustee
1204 N. Polk St.
Little Rock, AR 72205

/s/ Joseph A. DiPietro
Joseph A. DiPietro